ACCEPTED
01-15-00375-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/7/2015 6:48:55 PM
CHRISTOPHER PRINE
CLERK

# CAUSE NO. 01-15-00375-CV

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/8/2015 9:14:00 AM
CHRISTOPHER A. PRINE
Clerk

IN THE FIRST COURT OF APPEALS IN HOUSTON, TEXAS

_____

LOST CREEK VENTURES, LLC D/B/A HAPPY BULLDOG MANAGEMENT; STEPHAN EPSTEIN, AND MARILYN ROTH EPSTEIN,

Appellants,

v.

ALAN PILGRIM,

Appellee.

_____

On Appeal from the County Court at Law No. 2 in Travis County, Texas
Transferred from the Third Court of Appeals in Austin, Texas

_____

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR APPELLANTS

_____

Tracy J. Willi
Willi Law Firm, P.C.
9600 Escarpment Blvd., Suite 745, PMB 34
Austin, TX 78749-1983
Tel. (512) 288-3200
Fax (512) 288-3202
twilli@willi.com

ATTORNEY FOR LOST CREEK VENTURES, LLC D/B/A HAPPY BULLDOG MANAGEMENT; STEPHAN EPSTEIN, AND MARILYN ROTH EPSTEIN

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR APPELLANTS

Tracy J. Willi files this Motion to Withdraw as Counsel for Lost Creek Ventures, LLC d/b/a Happy Bulldog Management, Stephan Epstein, and Marilyn Roth Epstein, Appellants, and would show this Court as follows.

Pursuant to Rule 6.5 of the Texas Rules of Appellate Procedure, Tracy J. Willi and Willi Law Firm, P.C., request this Court to grant an order withdrawing as counsel of record for the Appellants.

The list of current deadlines is as follows:

The trial court in this case entered judgment on November 10, 2014. The Appellants' Brief was due on September 4, 2015. Concurrently with this motion to withdraw, counsel for Appellants has filed an unopposed motion for extension of time to file the Appellants' Brief to move the deadline to October 5, 2015. The motion for extension is filed so that Appellants will have time to find new counsel, if they choose to do so.

The last known address and telephone for the Appellants is as follows:

Lost Creek Ventures, LLC d/b/a Happy Bulldog Management
Stephan Epstein
Marilyn Roth Epstein
7519 Stonecliff Dr.
Austin, TX 78731
512-476-5951

A copy of this motion has been delivered to the Appellants as stated in the Certificate of Service below. The Appellants have been notified in writing of their right to object to the motion.

Good cause exists for this motion to withdraw because the Appellants have had difficulty coming up with money to pay their attorney to pursue this appeal. As of September 7, 2015, the Appellants have been unable to pay their attorney for outstanding fees incurred.

Upon the granting of this motion, the withdrawing attorney will immediately notify the Appellants, in writing, of any deadlines or settings that the attorney knows about at the time of withdrawal but that were not previously disclosed to the party. The withdrawing attorney will file a copy of that notice with the Court's clerk.

Tracy J. Willi and Willi Law Firm, P.C., request this Court to grant an order stating that Tracy J. Willi and Willi Law Firm, P.C. are hereby withdrawn from this case.

Respectfully submitted,

/s/ Tracy J. Willi
Tracy J. Willi
Texas Bar No. 00784633
Willi Law Firm, P.C.
9600 Escarpment Blvd., Suite 745, PMB 34
Austin, TX 78749-1983
Tel. (512) 288-3200
Fax (512) 288-3202
twilli@willi.com

ATTORNEY FOR LOST CREEK
VENTURES, LLC D/B/A HAPPY
BULLDOG MANAGEMENT; STEPHAN
EPSTEIN, AND MARILYN ROTH
EPSTEIN

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with opposing counsel, Lisa Bowlin Hobbs, and she is not opposed to this motion.

/s/ Tracy J. Willi
Tracy J. Willi

## CERTIFICATE OF SERVICE ON APPELLANTS

I hereby certify that this motion was served on Appellants by certified and first-class mail to the Appellants' last known address as follows:

Lost Creek Ventures, LLC d/b/a Happy Bulldog Management
Stephan Epstein
Marilyn Roth Epstein
7519 Stonecliff Dr.
Austin, TX 78731
512-476-5951

/s/ Tracy J. Willi
Tracy J. Willi

## CERTIFICATE OF FILING AND SERVICE ON OPPOSING COUNSEL

I hereby certify that this document was filed with Clerk of Court through the Court's electronic filing system ("efs") and served on all counsel of record through efs or, if counsel is not registered for efs, then by email on September 7, 2015 as follows:

Lisa Bowlin Hobbs
Kuhn Hobbs, PLLC
3307 Northland Drive, Suite 310
Austin, TX 78731
(512) 476-6003
(512) 476-6002 (fax)
Lisa@kuhnhobbs.com

COUNSEL FOR APPELLEE, ALAN PILGRIM

/s/ Tracy J. Willi
Tracy J. Willi